664 A.2d 937

IN THE MATTER OF ROBERT B. CLARK,
AN ATTORNEY AT LAW.

October 5, 1995.

## ORDER

The Disciplinary Review Board having filed its decision with the Court on July 31, 1995, recommending that **ROBERT B. CLARK** of **EAST ORANGE,** who was admitted to the bar of this State in 1979, be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **ROBERT B. CLARK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.